# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Miscellaneous No. 17-62 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| COREY J. SANDBERG and AFFINITY GOLD CORPORATION, | |
| Defendant. | |

_____

Charles J. Kerstetter, Bradley Neal Lewis, **US SECURITIES & EXCHANGE COMMISSION,** 175 Jackson Boulevard West, Suite 900, Chicago, IL 60604-2615, for plaintiff.

Corey J. Sandberg, *pro se* defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 1, 2018 (Docket No. 13), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the United States Securities and Exchange Commission's Application for an Order Compelling Compliance with Administrative Subpoenas, (Docket No. 1), is **GRANTED** as follows:

1. Respondent Corey J. Sandberg shall comply with the March 13, 2017 subpoena by producing all documents responsive thereto no later than February 28, 2018.

2. Respondent Affinity Gold Corporation shall comply with the March 13, 2017 subpoena and July 7, 2017 subpoena by producing all documents responsive thereto no later than February 28, 2018.

Dated:  February 19, 2018  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court